UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAR 14 A 9: 15

| | |
|---|---|
| TONITA SHIPMAN STICKLAND ) | |
|     Plaintiffs, ) | |
| ) | CASE NO: 1:06cv 232-WKW |
| vs. ) | |
| ) | |
| CITY OF ENTERPRISE, a political subdivision, ) | |
| and X, Y, and Z, who are entities or individuals ) | |
| who live in the Enterprise area or Coffee ) | |
| County and all whose names when mentioned ) | **DEMAND FOR JURY TRIAL** |
| will be substituted by amendment. ) | |

Defendants.

## COMPLAINT
### Count I

1. Plaintiff, **Tonita Shipman Strickland,** is an adult resident of the City of Enterprise, County of Coffee, State of Alabama.

2. Defendant, **City of Enterprise,** is a municipal corporation organized and existing under the laws of the State of Alabama and is located in Coffee County. (herein referred to as "City").

3. On the 29th day of November 2004, said Plaintiff was falsely imprisoned at the Enterprise City Jail.

4. Plaintiff was being detained due to her pending bond of an appeal for her guilty sentence.

5. While said Plaintiff was being detained in the Enterprise City Jail, two other inmates began to display disruptive behavior, and said Plaintiff had nothing to do with it.

6. Judge Sherling came to the holding cell to warn the other two inmates that if they did not settle down that they would be taken to the City Jail for five days.

7. Inmates continued and Plaintiff was taken with them into the City Jail for five days. Plaintiff never had a hearing for said incarceration, nor was she allowed bond for offense, all violating her due process rights. Plaintiff was told that she was displaying disruptive behavior, when in fact she was not exhibiting said behavior, and that was why she was taken to City Jail.

8. Plaintiff's husband came in with said appeal bond of $500.00 and was turned down for unknown reasons and refused a hearing on same.

9.  On the 29th day of November 2004, and pursuant to the provisions of Alabama Code 1975, Plaintiff(s) presented to the Defendant, City of Enterprise, a claim for the damages sustained by Plaintiff's as a result of the matters alleged above. A copy of that claim is attached to this complaint, marked as Exhibit "A" and incorporated by referenced.

WHEREFORE, Plaintiff(s) demand judgment against Defendant(s) in a reasonable sum to be determined by the jury in this cause, but within the jurisdictional limits of this Court, plus costs and such other and further relief as deemed appropriate by this Court.

### Count II
### Civil Rights Violation

10.  Plaintiff(s) adopt by reference Paragraphs 1 through 9 of Count I, and would further aver:

11.  Defendant(s) are now, and at all times material to this matter duly appointed, employed, and acting law enforcement officers of the City of Enterprise in Coffee County, Alabama; Defendant(s) are also residents of said city and county.

12.  This court has jurisdiction of this cause under and by virtue of Title 28 of the U.S.C, Section 1343, et, al.

13.  Each of the alleged acts of Defendant(s) were allegedly done by said Defendant(s) and each of them, not as individuals, but under the color and pretense of the statues, ordinances, regulations, customs, and usages of the State of Alabama, the City of Enterprise, the County of Coffee, and the federal constitution, and under the authority of their offices as law enforcement officers for such city.

15.  On the 29th of November 2004, Plaintiff was detained in the Enterprise City Jail, when she was wrongly accused of displaying disruptive behavior.

16.  Defendant(s) wrongly placed the Plaintiff in City Jail for five days due to disruptive behavior even after Plaintiff(s) advised Defendant(s) that she was not the one causing the problems.

WHEREFORE, Plaintiff(s) demand judgment against Defendant(s) in a reasonable sum to be determined by a jury in this cause, but within the jurisdictional limits of this Court, plus costs and such other and further relief as deemed appropriate by this Court.

_____
Tonita Shipman Strickland

_____
J.E. Sawyer, Jr. (SAW004)
*Attorney for Plaintiff*
203 South Edwards Street
ENTERPRISE, AL
(334) 347-6447

_____
Paul Young (YOU020)
*Attorney for Plaintiff*
125 College Avenue
Enterprise, AL 36330

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COFFEE COUNTY** | ) |
| | ) |

     Before me, the undersigned authority, personally appeared **Tonita Shipman Strickland,** who being by me first duly sworn deposes and says that they have read the foregoing Complaint and that the matters therein contained are true and correct.

Date this the ___9th___ day of ___June___, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 07/03/2007

Seal

**Defendant(s) may be served at:**

City of Enterprise
501 South Main Street
Enterprise, AL 36330