AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

TONITA SHIPMAN STRICKLAND

V.

CITY OF ENTERPRISE, A POLITICAL
SUBDIVISION OF THE STATE OF ALABAMA

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:06CV232-WKW

TO: (Name and address of Defendant)

CITY OF ENTERPRISE
ATTN: CHIEF OF POLICE
501 SOUTH MAIN STREET
ENTERPRISE, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.E. SAWYER, JR.
203 SOUTH EDWARDS STREET
ENTERPRISE, ALABAMA 36330

an answer to the complaint which is served on you with this summons, within ~~THIRTY (30)~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  April 11, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                              *Signature of Server*

                                      _____
                                              *Address of Server*

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | 3.70 |
| Total Postage & Fees | $ 8.34 |

Postmark Here
4-11-06
1:06CV232

Sent To City of Enterprise
Attn: Chief of Police
Street, Apt. No.; or PO Box No. 501 South Main St
City, State, ZIP+4 Enterprise, AL 36330

PS Form 3800, January 2001                See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.