Strickland

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *MWBoyles*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): MW Sixter   C. Date of Delivery: 4/14/06 |
| 1. Article Addressed to:<br>City of Enterprise<br>Attn: Chief of Police<br>501 S. Main St.<br>Enterprise, AL 36330<br>1:06CV232 (cmp/sm 20 days) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7001 1940 0007 4211 2126 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540