IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND,  )<br>   PLAINTIFF,   )<br>   )<br>vs.   )<br>   )<br>CITY OF ENTERPRISE, ET AL,   )<br>   DEFENDANTS.   ) | CASE NO: 1:06-CV-232-WKW |

**MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR MORE DEFINITE STATEMENT AND TO STRIKE**

Pursuant to Federal Rule of Civil Procedure 12, subdivisions (b)(6); (e); and (f), defendant City of Enterprise makes a motion to dismiss or, in the alternative, a motion for a more definite statement and to strike.

Respectfully submitted this the 4th day of May, 2006.

　/s/ R. Todd Derrick　　　
Steadman S. Shealy, Jr. (SHE023)
R. Todd Derrick (DER006)
Attorneys for the Defendant

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama  36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

J. E. Sawyer, Esquire
203 South Edwards Street
Enterprise, Alabama 36330
(334) 347-6447

Paul Young, Esquire
125 College Avenue
Enterprise, Alabama 36330
(334) 347-0843

      This the 4th day of May, 2006.

                                                /s/ R. Todd Derrick
                                                R. Todd Derrick