IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONITA SHIPMAN STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-232-WKW |
| | ) | |
| CITY OF ENTERPRISE, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative, Motion for more Definite Statement and to Strike (Doc. #4) filed on May 4, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on June 8, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials on or before June 1, 2006.** The defendant may file a reply brief on or before June 8, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 12th day of May, 2006.

                                              /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE