IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This matter is before the court on the Motion to Dismiss, or in the Alternative, Motion For More Definite Statement and to Strike (Doc. #4) filed by the City of Enterprise on May 4, 2006. On May 12, 2006, the Court ordered the plaintiff to file a response on or before June 1, 2006. No response has been filed.

Upon consideration of the motion, the Court deems it well taken and that the Motion for a More Definite Statement should be GRANTED. Accordingly, plaintiff shall refile by July 21, 2006 an amended complaint containing a more definite statement of her claims as follows:

1)  A statement of the grounds upon which the Court's jurisdiction over the defendant depends;

2)  For any statutory claim, to identify the specific statutory right and provision (code section) allegedly violated;

3)  For any constitutional claim, to identify the specific constitutional right and provision (article or amendment) allegedly violated;

4)  By stating no more than one claim in a single count, not incorporating claims by reference to other allegations.

The Motion to Dismiss is GRANTED as to fictitious defendants.  *See Edwards v. Ala. Dept. of Corr.,* 81 S. Supp. 2d 1242 (M. D. Ala. 2000).

DONE this 26th day of June, 2006.

                                      /s/  W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE