UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND | ) |
|     Plaintiffs, | ) |
| vs. | )   CASE NO. 1:06-CV-232 |
| CITY OF ENTERPRISE, | ) |
|     Defendants. | ) |

## AMENDED COMPLAINT

COMES NOW Plaintiff, Tonita Shipman Strickland, by undersigned counsel and amends her Complaint to show as follows:

17. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331 and 1343.

18. Plaintiff avers that due to the actions of Defendant, the City of Enterprise, its agents and/or representatives, she was caused to be falsely imprisoned under the color of law.

19. Plaintiff avers that she was denied basic civil liberties pursuant to 18 U.S.C. §242.

20. Defendant's actions violated 42 U.S.C. §1983.

21. Plaintiff avers that she was caused to suffer emotional distress and be detained against her will.

WHEREFORE, Plaintiff demands judgment against Defendant in a reasonable sum to be determined by the Trier of the Facts in this cause, but within the jurisdictional limits of this Court, plus costs and such other and further relief as deemed appropriate by this Court.

Dated this 21st day of July, 2006.

                                                /S/ J. E. Sawyer, Jr.
                                                J. E. Sawyer, Jr.
                                                *Attorney for Plaintiff*
                                                203 South Edwards Street
                                                Enterprise, AL 36330

## *CERTIFICATE OF SERVICE*

      I certify that on July 21, 2006 I filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. Steadman S. Shealy, Jr. and Mr. R. Todd Derrick.

                                              /S/ J. E. Sawyer, Jr.
                                              J. E. Sawyer, Jr.