**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 24, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Tonita Shipman Strickland v. City of Enterprise**
**Case Number: 1:06-cv-232-WKW**

**Pleading : #8 - Amended Complaint**

**Notice of Correction is being filed this date to advise that the referenced pleading which was e-filed on 7/21/2006 did not contain the attorney's electronic signature.**

 **The corrected pdf document is attached to this notice.**