IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, )<br>    PLAINTIFF, )<br>)<br>vs. )<br>)<br>CITY OF ENTERPRISE, ET AL, )<br>    DEFENDANTS. ) | CASE NO: 1:06-CV-232-WKW |

## MOTION TO STRIKE AMENDED COMPLAINT

Defendant City of Enterprise makes a motion to strike plaintiff's amended complaint for the following reasons:

1. The Amended Complaint does not comply with the Courts Order of June 26, 2006.

2. Local Rule 15.1 states, in pertinent part, that, "Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." Rule 15.1 of the Local Rules Of The United States District Court For The Middle District Of Alabama.

3. The Amended Complaint does not comply with this Rule.

Respectfully submitted this the 28th day of July, 2006.

                                                       /s/ R. Todd Derrick
                                                     Steadman S. Shealy, Jr. (SHE023)
                                                     R. Todd Derrick (DER006)
                                                     Attorneys for the Defendant

OF COUNSEL:
COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

RTD5763

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

J. E. Sawyer, Esquire
203 South Edwards Street
Enterprise, Alabama 36330
(334) 347-6447

Paul Young, Esquire
125 College Avenue
Enterprise, Alabama 36330
(334) 347-0843

This the 28$^h$ day of July, 2006.

/s/ R. Todd Derrick
R. Todd Derrick