IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONITA SHIPMAN STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-00232-WKW |
| | ) | |
| CITY OF ENTERPRISE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Strike Amended Complaint (Doc. # 10), it is ORDERED that the motion is GRANTED. The plaintiff shall file an Amended Complaint in its entirety in compliance with the local rules on or before August 10, 2006.

DONE this the 31st day of July, 2006.

                                                              /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE