UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TONITA SHIPMAN STRICKLAND, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO. 1:06-CV-232-WKW |
| CITY OF ENTERPRISE, | ) | |
| Defendant. | ) | |

### *PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO RULE 15(a)*

COMES NOW Plaintiff, Tonita Shipman Strickland, by undersigned counsel and moves this Honorable Court for leave to file her amended Complaint, attached hereto, and as grounds would show as follows:

1. Plaintiff avers that she amends her Complaint for more definite statement as ordered originally by this Court on June 26, 2006.

2. Plaintiff avers that she amends her Complaint to be in compliance with the Federal Rules of Civil Procedure and local rules of Court.

Dated this 10th day of August, 2006.

    /S/ J. E. Sawyer, Jr.
J. E. Sawyer, Jr. ASB-6566-S58J
*Attorney for Plaintiff*
203 South Edwards Street
Enterprise, AL 36330
334/347-6447
334/347-8217
jesawyer@adelphia.net

          ___/S/_Paul A. Young_____
          Paul A. Young
          *Attorney for Plaintiff*
          P.O. Box 311368
          Enterprise, AL 36331
          334/347-0843
          334/347-8275
          paulyoung@entercomp.com

## ***CERTIFICATE OF SERVICE***

I certify that on August 10, 2006 I filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. Steadman S. Shealy, Jr. and Mr. R. Todd Derrick.

          ___/S/_ J. E. Sawyer, Jr._____
          J. E. Sawyer, Jr.