IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the plaintiff's Second Motion to Amend/Correct Complaint (Doc. #12), it is ORDERED that the motion is GRANTED. The plaintiff shall now file electronically an exact duplicate of the amended complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this the 11th day of August, 2006.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE