IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| CITY OF ENTERPRISE, *et al.,* | ) ) ) |
| Defendants. | ) |

**O R D E R**

In accordance with the Court's August 11, 2006 Order (Doc. # 13), it is ORDERED that the plaintiff shall file **on or before October 18, 2006**, an exact duplicate of the amended complaint that is attached to her second motion to amend (Doc. # 12).

DONE this the 13th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE