**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

October 19, 2006

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:    Strickland v. City of Enterprise

Case Number:    1:06cv00232-WKW

**This Notice of Correction was filed in the referenced case this date to correct the dates on the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 15   filed on    October 18, 2006.**