IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This case is before the court on the plaintiff's Motion for Leave to Amend Complaint Pursuant to Rule 15 (Doc. # 19). In the interest of justice, it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before November 29, 2006**, an exact duplicate of the second amended complaint that is attached to her motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

In light of the foregoing, the defendants' Second Motion to Dismiss (Doc. # 17) the amended complaint is DENIED as MOOT.

DONE this 22nd day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE