**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TONITA SHIPMAN STRICKLAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:06-cv-232-WKW** |
| | ) | |
| **CITY OF ENTERPRISE, ALABAMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

James H. Pike and Steadman S. Shealy, Jr. give notice of their appearance as counsel for defendant The City of Enterprise, Alabama.

**/s/ James H. Pike**
James H. Pike  (PIK003)
Attorney for Defendant The City of Enterprise, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, further certify that on December 27, 2006, I electronically served a copy of this document upon:

Joseph Earl Sawyer, Jr.
203 South Edwards Street
Enterprise, Alabama  36331-0720

Paul A. Young, Jr.
P.O. Box 311368
Enterprise, Alabama  36331-1368


**/s/ James H. Pike**
James H. Pike