**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TONITA SHIPMAN STRICKLAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:06-cv-232-WKW** |
| | ) | |
| **CITY OF ENTERPRISE, ALABAMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO WITHDRAW**

COMES NOW R. Todd Derrick, counsel for Defendant, City of Enterprise, in the above-styled cause, and requests this Honorable Court withdraw him as counsel.

James H. Pike and Steadman S. Shealy, Jr. have filed an Entry of Appearance on behalf of Defendant, The City of Enterprise.

WHEREFORE, the undersigned respectfully requests this Honorable Court to allow him to withdraw as counsel for Defendant, The City of Enterprise.

This the 9th day of January, 2006.

/s/ R. Todd Derrick_____
R. Todd Derrick

OF COUNSEL

COBB, DERRICK, BOYD & WHITE
P.O. Box 2047
206 North Lena Street
Dothan, Alabama 36303
(334) 677-1000

## <u>CERTIFICATE OF SERVICE</u>

I further certify that on January 9, 2007, I electronically served a copy of this document

upon:

Joseph Earl Sawyer, Jr.
203 South Edwards Street
Enterprise, Alabama  36331-0720

Paul A. Young, Jr.
P.O. Box 311368
Enterprise, Alabama  36331-1368

/s/ R. Todd Derrick_____
R. Todd Derrick