IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw R. Todd Derrick as Counsel for Defendant (Doc. #24) filed on January 9, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 9th day of January, 2007.

                          /s/ W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE