IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 1:06-cv-232-WKW |
| CITY OF ENTERPRISE, *et al.,* | ) ) ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Defendant City of Enterprise's Third Motion to Dismiss (Doc. # 22), it is ORDERED that the motion be submitted on **February 15, 2007,** on which date a hearing on the motion will be held at **10:30 a.m.** in Courtroom 2-E of the Frank M. Johnson United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that the plaintiff file a brief in response and a proposed amended complaint addressing the pleading deficiencies as noted by the defendant and by this court's Order dated June 26, 2006 (Doc. # 7) **on or before February 12, 2007.** The defendant may file a reply brief on or before **February 15, 2007.**

DONE this 7th day of February, 2007.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE