UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONITA SHIPMAN STRICKLAND, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO. 1:06-CV-232-WKW |
| CITY OF ENTERPRISE, | ) | |
| Defendant. | ) | |

### *PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO RULE 15(a)*

COMES NOW Plaintiff, Tonita Shipman Strickland, by undersigned counsel and moves this Honorable Court for leave to file her amended Complaint, attached hereto, and as grounds would show as follows:

1.  Plaintiff avers that she amends her Complaint for more definite statement and to be in compliance with the Federal Rules of Civil Procedure and local rules of Court.

Dated this 12th day of February, 2007.

    /S/ J. E. Sawyer, Jr.
J. E. Sawyer, Jr. ASB-6566-S58J
*Attorney for Plaintiff*
203 South Edwards Street
Enterprise, AL 36330
334/347-6447
334/347-8217
jesawyer@adelphia.net

        /S/_Paul A. Young_____
Paul A. Young
*Attorney for Plaintiff*
P.O. Box 311368
Enterprise, AL 36331
334/347-0843
334/347-8275
paulyoung@entercomp.com

### *CERTIFICATE OF SERVICE*

I certify that on February 12, 2007 I filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. Steadman S. Shealy, Jr. and Mr. James Pike.

        /S/_J. E. Sawyer, Jr._____
J. E. Sawyer, Jr.