UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 1:06-CV-232 |
| CITY OF ENTERPRISE, | ) |
| Defendant. | ) |

### *MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND HER COMPLAINT*

FACTS:

    Plaintiff, Tonita Shipman Strickland, is an African American female residing in the Enterprise Division of Coffee County, Alabama. Plaintiff was in the Municipal holding cell after being found guilty by the Municipal Judge on a disorderly conduct charge. Her husband was waiting to make her bond (bond had already been set by the Municipal Judge). While Plaintiff was in said holding cell, two (2) African American, male municipal inmates in an adjoining cell, but away from Plaintiff, started behaving in a disorderly fashion. The Court warned them (not Plaintiff) to stop. Said inmates persisted. The Municipal Judge held them in contempt and directed the Enterprise Police Department to take said disorderly inmates to the County Jail to serve a five (5) day sentence, non-bondable. Said officers came back to the holding area and took the two (2) men <u>and</u> mistakenly, Plaintiff asserts, took her to the County Jail also for said contempt of court. She protested to the police officers as to the mistake. After arriving at the County Jail, she again protested to the police but to no avail. There were no questions asked by the officers to clarify the identity of the disruptive inmates. Plaintiff also protested to County

authorities but they said there was no mistake per the Enterprise Police, who still maintained without due process, that Plaintiff was included in the contempt.

Plaintiff requested a hearing to the Enterprise Police for their mistake during her five (5) day incarceration, but said request was refused. Plaintiff was incarcerated for five (5) days without due process or other hearing(s). Her rights were violated. Plaintiff makes <u>no</u> claim against the Municipal Judge due to his immunity but realleges that the police wrongly held Plaintiff in total violation of her rights and in violation of the law.

<u>Law:</u>

Plaintiff has a false arrest claim pending which has been amended, now three (3) times. Plaintiff now seeks to add a negligent arrest claim against Defendant, Enterprise Police Department. See <u>Borders v. City of Huntsville</u>, 875 So. 2d 1168 (Ala 2003) and <u>Bahakel v. City of Birmingham</u>, 427 So. 2d 143 (Ala 1983) in which this Plaintiff alleges to show that the City could <u>not</u> claim immunity under §11-47-190 because the Plaintiff's claims of false arrest are based upon "the neglect, carelessness, or unskillfulness" of the police officer(s).

In the federal claim, the Plaintiff represents that the City of Enterprise police violated her federal rights, namely, refused Plaintiff her due process rights, discriminated against her based on her race and negligently imprisoned her.

Dated this 12th day of February, 2007.

    /S/ J. E. Sawyer, Jr.
J. E. Sawyer, Jr. ASB-6566-S58J
*Attorney for Plaintiff*
203 South Edwards Street
Enterprise, AL 36330
334/347-6447
334/347-8217
jesawyer@roadrunner.com

   /S/_Paul A. Young_____
Paul A. Young
*Attorney for Plaintiff*
P.O. Box 311368
Enterprise, AL 36331
334/347-0843
334/347-8275
paulyoung@entercomp.com

## *CERTIFICATE OF SERVICE*

I certify that on February 12, 2007, I filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on: Mr. Steadman S. Shealy, Jr. and Mr. James Pike.

   /S/_J. E. Sawyer, Jr._____
J. E. Sawyer, Jr.