IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

It is ORDERED that the hearing on the pending motions is continued from February 15, 2007, to **February 21, 2007, at 2:30 p.m.**

DONE this 14th day of February, 2007.

                                    /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE