**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. KEITH WATKINS JUDGE                                      AT MONTGOMERY, ALABAMA

DATE COMMENCED   FEBRUARY 21, 2007                            AT 2:26 A.M./P.M.

DATE COMPLETED   FEBRUARY 21, 2007                            AT 2:46 A.M./P.M.

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND )<br>            Plaintiff    )<br>                          )<br>vs.                       )<br>                          )<br>CITY OF ENTERPRISE, ET AL. )<br>            Defendants   ) | CIVIL ACTION NO.<br><br>1:06cv232-WKW |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|                         | X           |              |
| Atty. Joseph Sawyer     | X           | Atty. James Pike |
|                         | X           |              |
|                         | X           |              |

COURT OFFICIALS PRESENT:

| | |
|---|---|
| Ann Roy<br>Courtroom Clerk | Angela Reitler<br>Law Clerk |

COURTROOM PROCEEDINGS:

**MOTION HEARING (OFF THE RECORD)**

| | |
|---|---|
| 2:26 PM | Court convened. Motion hearing commenced on defendant's third Motion to Dismiss [22] and third Motion to Amend/Correct Complaint [27]. Plaintiff is allowed until 5:00 PM on 2/23/07 to amend the complaint for a final time. Court to reserve ruling on [22] motion to dismiss. |
| 2:46 PM | Hearing concluded. |