IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon a hearing on the pending motions (Docs. # 22 & # 27), it is ORDERED that the plaintiff shall file a proposed amended complaint **no later than 5:00 p.m. on Friday, February 23, 2007.** The court notes that although plaintiff admittedly has been inartful in drafting her previous complaints, the requirements of Rule 8 of the Federal Rules of Civil Procedure have nearly been met.[1] However, as was discussed at the hearing, ***this case will be dismissed with prejudice if the proposed amended complaint does not comply with the court's previous orders and directives***; specifically:

1. The plaintiff must add a paragraph alleging this court's jurisdiction of the state law claims under 28 U.S.C. § 1367;

2. The plaintiff must segregate the state and the federal claims that are currently grouped into Count I of the "Third Amended Complaint" (Doc. # 27-2); it will be sufficient for the plaintiff to allege in Paragraph 3 a state law claim of false imprisonment, to remove reference to 18 U.S.C. § 242 from Paragraph 3, and to remove reference to 42 U.S.C. § 1983 from Paragraph 8;

---

[1] This is not to say, however, that the complaint will survive Rule 12 challenges.

3. The plaintiff must specify in Count II which of her federal or constitutional rights have been violated, a cause of action pursuant to 42 U.S.C. § 1983; it will be sufficient for the plaintiff to allege in Paragraph 14 a violation of her rights guaranteed by the Fourteenth Amendment to the United States Constitution; and

4. The plaintiff must specify which factual allegations support a state law claim of negligence as alleged in Count III; it will be sufficient for the plaintiff to remove Paragraph 20 and to replace it with the factual allegations supporting negligence.

DONE this 22nd day of February, 2007.

                                      /s/  W. Keith Watkins
                               UNITED STATES DISTRICT JUDGE