UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 1:06-CV-232-WKW |
| CITY OF ENTERPRISE, | ) |
| Defendant. | ) |

### *PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO RULE 15(a)*

COMES NOW Plaintiff, Tonita Shipman Strickland, by undersigned counsel and moves this Honorable Court for leave to file her amended Complaint, attached hereto, and as grounds would show as follows:

1.  Plaintiff avers that she amends her Complaint to be in compliance with the Federal Rules of Civil Procedure and local rules of Court.

Dated this 23rd day of February, 2007.

/S/ J. E. Sawyer, Jr.
J. E. Sawyer, Jr. ASB-6566-S58J
*Attorney for Plaintiff*
203 South Edwards Street
Enterprise, AL 36330
334/347-6447
334/347-8217
jesawyer@adelphia.net

## *CERTIFICATE OF SERVICE*

I certify that on February 23, 2007, I filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. Steadman S. Shealy, Jr. and Mr. James Pike.

                                               ___/S/_J. E. Sawyer, Jr._____
                                               J. E. Sawyer, Jr.