IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This case is before the court on the defendants' Motion to Dismiss[1] and the plaintiff's Third and Fourth Motion to Amend . In the interest of justice, and because it is preferable to decide a case on its merits, *see generally Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (explaining that, upon a motion for default judgment, "we must respect the usual preference that cases be heard on the merits rather than resorting to sanctions that deprive a litigant of his day in court"), it is ORDERED that:

1. The plaintiff's Third Motion to Amend (Doc. # 27) is DENIED as MOOT;

2. The plaintiff's Fourth Motion to Amend (Doc. # 33) is GRANTED, and the Clerk of Court is DIRECTED to file the attachment thereto as a separate document;

3. The defendants' Motion to Dismiss (Doc. # 22) is DENIED in part and GRANTED in part;

    a. The motion is DENIED in that the action will not be dismissed with prejudice because the amended complaint sufficiently alleges jurisdiction and venue,

---

[1] The court construes this motion to apply to the plaintiff's proposed amended complaint, which is attached to the plaintiff's Fourth Motion to Amend.

          a section 1983 claim for violations of the plaintiff's constitutional rights, a state law claim for false imprisonment, and a state law claim for negligence;

    b.    The motion is GRANTED with respect to any claim pursuant to 18 U.S.C. § 245, and this allegation is STRICKEN from paragraph 18 of the Amended Complaint.

4.    In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, the defendants shall file an Answer to the Amended Complaint **on or before April 10, 2007.**

DONE this 26th day of March, 2007.

                              /s/ W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE