UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 1:06-CV-232 |
| CITY OF ENTERPRISE, | ) |
| Defendant. | ) |

### *MOTION TO DISMISS*

COMES NOW plaintiff, Tonita Shipman Strickland, by undersigned counsel, J. E. Sawyer, Jr. and moves this Honorable Court to dismiss this instant action without prejudice, and as grounds would show as follows:

1.   Plaintiff avers that the instant action should be dismissed.

WHEREFORE, Plaintiff prays that this Honorable Court will dismiss the instant action without prejudice and for such other and further relief as this Court deems just and proper in the premises.

Dated this 28th day of March, 2007.

　　　　　　　　　　　　　　　　　　　__/s/ Tonita Shipman Strickland_____
　　　　　　　　　　　　　　　　　　　　　Tonita Shipman Strickland


　　　　　　　　　　　　　　　　　　　__/s/ J. E. Sawyer, Jr._____
　　　　　　　　　　　　　　　　　　　　　J. E. Sawyer, Jr. ASB 6566 S58J
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　203 South Edwards Street
　　　　　　　　　　　　　　　　　　　　　Enterprise, AL 36330
　　　　　　　　　　　　　　　　　　　　　334/347-6447

STATE OF ALABAMA

COUNTY OF COFFEE

Before me the undersigned authority, personally appeared Tonita Shipman Strickland who being by me first duly sworn, deposes and says that she has read the above and foregoing, that she understands same and that the matters therein contained are true and correct to the best of her knowledge.



          __/s/ Tonita Shipman Strickland_____
            Tonita Shipman Strickland

Sworn to and subscribed before me this the 28th day of March, 2007.

          ___/s/ Mary Jane Serna_____
            Notary Public

### *CERTIFICATE OF SERVICE*

I certify that on March 28, 2007, I have filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. Stedman Shealy, Esquire and Mr. James Pike, Esquire.

          ___/s/J. E. Sawyer, Jr._____