IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONITA SHIPMAN STRICKLAND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:06-cv-232-WKW |
| | ) |
| CITY OF ENTERPRISE, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

This action is presently before the court on the plaintiff's Motion to Dismiss (Doc. # 37). Since defendant has not yet answered or filed a motion for summary judgment, the plaintiff is entitled to dismiss this action pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, which permits voluntary dismissal by a plaintiff. Accordingly, it is ORDERED that the motion to dismiss is GRANTED, and this action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 4th day of April, 2007.

                                                      /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE